**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JEFF BARTELS,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:23-cv-03755

Judge Virginia M. Kendall

Magistrate Judge Jeffrey I. Cummings

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary
Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the
Complaint:

| NO. | DEFENDANT |
|---|---|
| 160 | Xingdasheng |
| 2 | JEANCZ |
| 3 | LEO BON |
| 12 | AXMSYun |
| 15 | applebless |
| 37 | Fandim Fly |
| 38 | Decorfine |
| 39 | Amaze-Home |
| 40 | MAIANNE |
| 46 | TocaHome |
| 47 | Queen Area |
| 48 | Gsypo |
| 49 | COLORSUM |
| 50 | Crystal Emotion |
| 51 | Libaoge |
| 52 | DOME-SPACE |
| 53 | BedSweet |
| 54 | USOPHIA |
| 57 | SODIKA |
| 66 | T&H Home |

| 72 | Heart Pain |
|----|-----------|

DATED:  August 17, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 17, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
